# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LEE COX,<br><br>            Petitioner,<br><br>       v.<br><br>WARDEN VASQUEZ,<br><br>            Respondents.<br>_____ / | CV F   05-00505 SMS HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT COPY OF REPORTER'S AND CLERK'S TRANSCRIPTS |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

   This case is currently ready for review on the merits, as Respondent filed an answer to the petition on September 19, 2005, and Petitioner filed a traverse on October 27, 2005.  (Court Docs. 11, 15.)

   In its answer, Respondent cites to the Reporter's and Clerk's Transcripts; however, a copy of those transcripts were not submitted to the Court for review.[1]  Accordingly, within **ten (10)** court days from the date of service of this order, Respondent shall submit a copy of any and all relevant and cited transcripts.

IT IS SO ORDERED.

---

[1] The Court recognizes that Petitioner attaches the relevant pages of the Reporter's Transcripts to his petition, however, there is no copy of the Clerk's Transcripts.

1

**Dated:     December 7, 2006**                          /s/ **Sandra M. Snyder**
icido3                                                    UNITED STATES MAGISTRATE JUDGE